IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO



FILED
U.S. DISTRICT COURT
DISTRICT OF NEW MEXICO

2014 OCT -8 AM 10: 15

CLERK-LAS CRUCES

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 14-3436 RB |
| | ) | |
| vs. | ) | 8 U.S.C. §§ 1326(a) and (b): |
| | ) | Re-entry of a Removed Alien. |
| **JESUS SERGIO GONZALEZ-CISNEROS,** | ) | |
| | ) | |
| Defendant. | ) | |

## INFORMATION

The United States Attorney charges:

On or about October 1, 2014, the defendant, **JESUS SERGIO GONZALEZ-CISNEROS**, an alien, knowingly reentered, attempted to reenter, and was found in the United States, in Doña Ana County, in the District of New Mexico, contrary to law in that the defendant had been previously deported, excluded and removed and departed the United States on or about August 26, 2014, while an Order of Exclusion, Deportation and Removal was outstanding, and the defendant had not obtained the express consent of the Secretary for Homeland Security to reapply for admission into the United States.

In violation of 8 U.S.C. §§ 1326(a) and (b).

DAMON P. MARTINEZ
United States Attorney

RANDY M. CASTELLANO
Assistant U.S. Attorney
555 S. Telshor Blvd., Suite 300
Las Cruces, NM 88011
(575) 522-2304